[No. 15861-2-II.   Division Two.   May 27, 1993.]

THOMAS G. REPP, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 90-2-00794-2, H. John Hall, J., entered March

20, 1992. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Seinfeld, J., and Green, J. Pro Tem.